

ORIGINAL

FILED
APR 0 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>          v.<br>Edwena Lee Dorsey,<br>          Defendant. | Cr. No. 06-2551GT<br><br>**ORDER** |

On April 4, 2007, defense counsel for Edwena Lee Dorsey electronically filed Defendant's Sentencing Memorandum. Embedded in the Sentencing Memorandum were Objections to the Presentence Report. The sentencing hearing date was set for April 9, 2007. Under the Local Rules, objections to the Presentence Report are to be filed at least 18 days prior to the hearing date. The sentencing memorandum is to be filed at least 5 days prior to the sentencing date. With the commencement of the electronic filing system, all attorneys were put on an "honor system" whereby they were not to file late motions, objections or sentencing documents without explicit leave of the Court. Defense counsel did not request nor receive leave of the Court to file the

Sentencing Memorandum and Objections late. Accordingly,

**IT IS ORDERED** that Defendant's Sentencing Memorandum and Objections to the Presentence Report are stricken from the record and deemed not filed.

**IT IS SO ORDERED.**

4-6-07
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel