FILED
SEP 1 0 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWINA LEE DORSEY,<br><br>Defendant. | Case No. 06CR2551-GT<br><br>**ORDER TERMINATING**<br>**SUPERVISED RELEASE** |

GOOD CAUSE APPEARING AND PREVIOUS MOTION HAVING BEEN MADE, IT IS HEREBY ORDERED that Supervised Release in this case be terminated, effective immediately.

SO ORDERED.

Date: 9-10-10

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE